IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ORLANDO GABRIEL MIRANDA SEVILLA, | § § § § | |
| *Petitioner*, | | |
| V. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-26-CV-00514-FB |
| BOBBY THOMPSON, Warden of South Texas Detention Facility; MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and DEPARTMENT OF HOMELAND SECURITY, | | |
| *Respondents*. | | |

### ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court are the Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1) and Petitioner's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (the "Motion") (ECF No. 2), filed by Petitioner Orlando Gabriel Miranda Sevilla, who is currently detained in the South Texas Detention Facility in Pearsall, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1), the Motion (ECF. No. 2), and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

>Stephanie Rico, the Civil Process Clerk
>United States Attorney's Office, Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, TX 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve Respondent Bobby Thompson, Warden, South Texas Detention Facility, with copies of the Petition (ECF No. 1), the Motion (ECF. No. 2), and this Order.  Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

>Bobby Thompson, Warden
>South Texas Detention Facility
>566 Veterans Drive
>Pearsall, TX 78061.

IT IS FURTHER ORDERED that **Respondents shall file a response to the Petition and Motion within five (5) days of the date of service.** In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioners' detention, Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences: *Vega-Vega v. Bondi*, No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons*, No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV 1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025); *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025).  Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than a request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no

material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, **if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.**

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.**

It is so ORDERED.

SIGNED this 29th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE